## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

KATHLEEN I. STANEK,                          Case No. 10-CV-4870 (PJS/SER)

           Plaintiff,

v.                                                                   **ORDER**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

Edward C. Olson, Esq., for the plaintiff, Kathleen I. Stanek;

David W. Fuller, Esq., for the defendant, Michael J. Astrue.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Steven E. Rau dated December 23, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff Stanek's Motion for Summary Judgment [Doc. No. 10] is **DENIED**; and

2. Defendant Commissioner Astrue's Motion for Summary Judgment [Doc. No. 16] is **GRANTED**.

           **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 10, 2012                      s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge